# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | 2007-CR-0034 |
| v. | |
| **JAVIER CEDANO,** | |
| Defendant. | |

**TO:** Alphonso G. Andrews, Jr., Esq., AUSA
Patricia Schrader-Cooke, Esq., AFPD

## ORDER

THIS MATTER came before the Court upon United States Office of Probation's petition to revoke Defendant's supervised release dated June 27, 2008. A preliminary and detention hearing was held on July 31, 2008. The government was represented by Alphonso G. Andrews, Jr., Esq., AUSA; and Patricia Schrader-Cooke, Esq., AFPD, appeared on behalf of Defendant.

According to the petition, Defendant was discharged from an in-patient drug treatment program prior to completing the program. Because the discharge was not for misconduct, the government moved to continue the matter for 60 days to allow Defendant to cure the violation. Defendant agreed to enter an out-patient treatment program in St. Croix as well as do whatever else might be necessary to be allowed to re-enter and

*United States v. Cedano*
2007-CR-0034
Order
Page 2

complete the in-patient drug treatment program, which is a condition of his supervised release.

Being advised in the premises and satisfied therein, the Court will continue the matter.

WHEREFORE, it is now hereby **ORDERED**:

1. The preliminary hearing upon Defendant's alleged violation of supervised release is **CONTINUED**.

2. The hearing is re-scheduled for **Thursday, October 2, 2008, at 9:00 a.m.**

ENTER:

Dated: July 31, 2008                                                /s/
                                                    GEORGE W. CANNON, JR
                                                    U.S. MAGISTRATE JUDGE